# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-4391 PA (AGRx) | Date | June 21, 2018 |
|---|---|---|---|
| Title | Kwame Brown v. Merrill Lynch, Pierce, Fenner & Smith Incorporated, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

On June 11, 2018, the Court issued an order provisionally remanding this action to the Los Angeles County Superior Court as a result of procedural defects in the Notice of Removal. (Docket No. 13.) The Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by June 19, 2018, if he objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defect.

Accordingly, for the reasons stated in the June 11, 2018, Provisional Remand Order, this action is remanded to the Los Angeles County Superior Court, Case No. BC705774.

In addition, the Court is in receipt of defendants' response (Docket No. 15) to the Court's June 11, 2018, Order to Show Cause (Docket No. 12). The Court hereby discharges the Order to Show Cause.

IT IS SO ORDERED.